UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MTA METRO-NORTH RAILROAD; | : | CIVIL ACTION NO. |
| DEPARTMENT OF TRANSPORTATION OF | : | (TO BE ASSIGNED) |
| THE STATE OF CONNECTICUT | : | |
| | : | |
| V. | : | |
| | : | |
| BUCHANAN MARINE, L.P.; NEIL C. OLSON | : | JUNE 2, 2005 |

## PETITION FOR REMOVAL

TO:  THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

The petitioners, BUCHANAN MARINE, L.P. (hereinafter "BUCHANAN") and

NEIL C. OLSON (hereinafter "OLSON"), respectfully petition this Court as follows:

1.    BUCHANAN and OLSON are defendants in a civil action bearing a return

date of June 7, 2005, commenced in the Superior Court for the State of Connecticut,

Judicial District of Stamford/Norwalk at Stamford, Connecticut, Docket No.

FST-CV-05-4005027-S.  A copy of the Summons and Complaint in that action is

attached hereto as Exhibit A.

2.    The Summons and Complaint was first served upon defendant

BUCHANAN on or about May 5, 2005, and allegedly upon defendant OLSON on May 4,

2005 through the Secretary of State pursuant to Connecticut General Statutes § 52-59b.

Pursuant to 28 U.S.C. § 1446(b), this Petition is being filed within thirty (30) days of

service of the initial pleading and the time for filing this Petition has not expired.

12451 0013

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No  26105

3.      Plaintiff MTA METRO-NORTH RAILROAD (hereinafter "METRO-NORTH") is a public benefit corporation of the State of New York. Plaintiff DEPARTMENT OF TRANSPORTATION OF THE STATE OF CONNECTICUT (hereinafter "State") is an agent of the State of Connecticut.

4.      Defendant BUCHANAN MARINE L.P. is a Delaware Limited Partnership with its principal place of business in Port Washington, New York.

5.      Defendant NEIL C. OLSON is an individual residing in Trinidad, Texas.

6.      This action is being removed to the federal court based upon diversity jurisdiction, pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(b). As noted above, defendant  BUCHANAN is a Delaware Limited Partnership and has its principal place of business in New York, defendant OLSON is a resident of Texas, and one plaintiff is a resident of Connecticut.

7.      The plaintiffs allege in their Complaint that BUCHANAN employed OLSON as a tugboat captain on the vessel "Buchanan 3." On or about April 11, 2004, the plaintiffs allege that the "Buchanan 3 and/or the vessels it was pushing, collided with the west fender system of the Walk Bridge" in Norwalk, Connecticut as it attempted to pass through the channel under the bridge. The plaintiffs further allege that the State owned the Walk Bridge and METRO-NORTH operated its trains over the Walk Bridge.

8.      Damages claimed by the plaintiffs exceed $1,000,000. (See Exh. B)

9.      Venue for consideration of this Petition for Removal is proper pursuant to 28 U.S.C. § 1441(b).

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

10.    Notice of this Petition for Removal has been given to plaintiffs' counsel and the Superior Court for the State of Connecticut for the Judicial District of Stamford/Norwalk at Stamford in accordance with 28 U.S.C. § 1446(d).  (A copy of the Notice of Removal filed in the Superior Court is attached hereto as Exh. C.)

**WHEREFORE**, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, the defendants request that this action be removed from the Superior Court of the State of Connecticut for the Judicial District of Stamford/Norwalk at Stamford and henceforth proceed in this federal court.

THE DEFENDANTS
BUCHANAN MARINE, L.P.
NEIL C. OLSON

By

Carl R. Ficks, Jr.
Fed. Bar No. ct03342
HALLORAN & SAGE LLP
Email: ficks@halloran-sage.com


## CERTIFICATION

This is to certify that on this 2nd day of June 2005, a copy of the foregoing was mailed, postage prepaid, to:  Charles A. Deluca, Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, CT 06905-3057.

Carl R. Ficks, Jr.

687883_1 DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No  26105

**SUMMONS - CIVIL**
(Except Family Actions)
JD-CV-1 Rev. 1-2000
C.G.S. 51-346, 51-347, 51-349, 51-350, 52-45a

**SUPERIOR COURT**

XXX ONE OF THE FOLLOWING
Amount, legal interest or property in
demand, exclusive of interest and
costs is:

☐ less than $2,500
☐ $2,500 through $14,999.99
☒ $15,000 or more
   ("X" if applicable)
☐ Claiming other relief in addition to or
   in lieu of money damages

### INSTRUCTIONS

1. Print or type legibly; sign original summons and conform copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint.
   Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought.   See Practice Book Section 49 for other exceptions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

RETURN DATE (Mo., day, yr) (Must be a Tuesday)
06/07/2005

| Judicial | Housing | AT (Town in which writ is returnable) (C.G.S. 51-346, 51-349) | CASE TYPE (See JD-CV-1c) |
|---|---|---|---|
| ☒ District ☐ Session | ☐ G.A. No. ___ | Stamford/Norwalk | Major V Minor 10 |

ADDR. OF CLERK OF COURT WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., st., town & zip code) (C.G.S. 51-347, 51-350)

123 Hoyt Street, Stamford CT 06905

TELEPHONE NUMBER (With area code)
203-965-5307

| PARTIES | NAME AND ADDRESS OF EACH PARTY (No., street, town & zip code) | NOTE: Individual's Names Last, First, Middle Initial | ☐ Form JD-CV-2 attached | PTY NO |
|---|---|---|---|---|
| **FIRST NAMED PLAINTIFF** | MTA Metro North Railroad, 347 Madison Avenue, New York, New York 10017 | | | 01 |
| **Additional Plaintiff** | Department of Transportation of the State of Connecticut, 2800 Berlin Turnpike, Newington, CT 0613 | | | 02 |
| **FIRST NAMED DEFENDANT** | Buchanan Marine, L.P. P.O. Box 1039, Port Washington, NY 11050 c/o Attorney Carl Ficks, Halloran & Sage, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 | | | 50 |
| **SECOND NAMED DEFENDANT** | Neil C Olson, 200 Portland Road, Apt 3C, Highlands, NJ 07732 c/o Secretary of State 30 Trinity Street, Hartford, CT 06106 | | | 51 |
| **THIRD NAMED DEFENDANT** | | | | 52 |
| | | | | 53 |

### NOTICE TO EACH DEFENDANT

1. You are being sued.
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.

6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly.   The Clerk of Court is not permitted to give advice on legal questions.

| DATE | SIGNED (Sign and "X" proper box) | ☒ Commissioner of Superior Court | TYPE IN NAME OF PERSON SIGNING AT LEFT |
|---|---|---|---|
| 5/2/05 | /s/ | ☐ Assistant Clerk | Charles A. Deluca |

### FOR THE PLAINTIFF(S) ENTER THE APPEARANCE OF:

NAME AND ADDRESS OF ATTORNEY, LAW FIRM, OR PLAINTIFF IF PRO SE (No., street, town & zip code)

Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057, Stamford, CT  06905-3057

TELEPHONE NO
203-357-9200

JURIS NO (If atty  or law firm)
52525

NAME AND ADDRESS OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No., street, town & zip code)

Christina Leinbach, 80 Fourth Street Stamford CT 06905

SIGNATURE OF PLAINTIFF IF PRO SE

| NO. PLFS | NO. DEFS | NO. CNTS | SIGNED (Official taking recognizance, "S" proper box) | | For Court Use Only |
|---|---|---|---|---|---|
| 2 | 2 | 2 | /s/ | ☒ Commissioner of Superior Court ☐ Assistant Clerk | FILE DATE |

IF THIS SUMMONS IS SIGNED BY A CLERK:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

| I hereby certify I have read and understand the above: | SIGNED (Pro se plaintiff) | DATE SIGNED | DOCKET NO. |
|---|---|---|---|
| | | 04/29/05 | Stamford |

SUMMONS, Civil

**RETURN DATE: June 7, 2005**

| | |
|---|---|
| **MTA METRO-NORTH RAILROAD AND DEPARTMENT OF TRANSPORTATION OF THE STATE OF CONNECTICUT** | :  **SUPERIOR COURT** |
| | :  |
| | :  **J.D. OF STAMFORD** |
| | :  |
| **v.** | :  **AT STAMFORD** |
| | :  |
| **BUCHANAN MARINE, L.P., AND NEIL C. OLSON** | :  **MAY 2, 2005** |
| | :  |

## COMPLAINT

### FIRST COUNT

1.  On or about April 11, 2004, and for some time prior thereto, the plaintiff, MTA Metro-North Railroad ("Metro-North"), a public benefit corporation of the State of New York, operated a commuter train service over a railroad line between Grand Central Terminal, New York, New York and New Haven, Connecticut, pursuant to an agreement by and between the Metropolitan Transit Authority, a public benefit corporation of the State of New York; Metro-North; and the State of Connecticut, acting through the Department of Transportation.

2.  On or about April 11, 2004, and for some time prior thereto, the State of Connecticut ("State"), was the owner of a line of railroad tracks and appurtenances known as the New Haven Line, including a bridge and bridge structures spanning the Norwalk River in Norwalk, Connecticut known as the Walk Bridge.

3.    On or about April 11, 2004, and for some time prior thereto, the plaintiff, Metro-North operated its trains over the Walk Bridge and maintained the railroad tracks and other railroad appurtenances necessary to the day-to-day operation of its trains.

4.    At all times material hereto, the defendant, Buchanan Marine, L.P., was and is a limited partnership organized and existing under and by virtue of the laws in the State of New York.

5.    At all times material hereto, Tugboat Captain Neil C. Olson ("Olson") was the operator of the Buchanan 3 and was an agent, servant and/or employee of Buchanan Marine, L.P.

6.    On or about April 11, 2004, at approximately 2:40 a.m., the Buchanan 3, operated by Olson and other agents, servants and/or employees of Buchanan Marine, L.P., were pushing two loaded scows in a northerly direction on the Norwalk River in Norwalk, Connecticut.

7.    At said time and place, the Buchanan 3, and/or the vessels it was pushing, collided with the west fender system of the Walk Bridge as it attempted to pass through the channel under the bridge.

8    The aforementioned collision was caused as a result of the carelessness and negligence of

Olson and other agents, servants and employees of Buchanan Marine, L.P., in that the

captain and crew:

a.    were inattentive and failed to keep and maintain reasonable and proper lookout;

b.    failed to maintain proper control of the tugboat and scows;

c.    failed to observe the conditions then and there existing;

d.    failed to avoid colliding with the fender system of the Walk Bridge;

e.    failed to operate the flotilla in such a way as to pass under the bridge without

colliding with the fender system; and

f.    failed to properly position the crew members on the flotilla to provide an

appropriate lookout.

9.    As a result of the foregoing, the fender system was damaged and had to be repaired and

the plaintiff Metro-North was required to devote man hours and resources to assist in the

repair of the fender system and to ensure the safe operation of its trains while said repair

work was being performed, all to its financial detriment.

10.    As a further result of the foregoing, the plaintiff Metro-North had to arrange alternate

transportation for its passengers to its financial detriment.

## SECOND COUNT

1-8.  Paragraphs 1 through 8 of the First Count of the Complaint are hereby made Paragraphs 1 through 8 of this, the Second Count, of the Complaint.

9.  As a result of the foregoing, the Walk Bridge fender system and its appurtenances were substantially damaged and had to be repaired by the Department of Transportation of the State of Connecticut.

10.  The Department of Transportation of the State of Connecticut was forced to expend significant sums of money to repair and rebuild the fender system as a result of the damaged caused by the allision, all to its financial detriment.

- 4 -

**WHEREFORE**, the plaintiffs claim monetary damages within the jurisdiction of the

court together with interest and costs.

<div style="margin-left: 50%;">

THE PLAINTIFFS,
MTA METRO-NORTH RAILROAD AND
DEPARTMENT OF TRANSPORTATION OF
THE STATE OF CONNECTICUT

By:_____
      Charles A. Deluca, Esq.
      Ryan, Ryan, Johnson & Deluca, LLP
      80 Fourth Street, P.O. Box 3057
      Stamford, CT   06905
      Juris No. 52525
      Phone No. 203-357-9200

</div>



- 5 -

**RETURN DATE: June 7, 2005**

|  |  |
|---|---|
| | :    **SUPERIOR COURT** |
| | : |
| **MTA METRO-NORTH RAILROAD AND** | :    **J.D. OF STAMFORD** |
| **DEPARTMENT OF TRANSPORTATION** | : |
| **OF THE STATE OF CONNECTICUT** | :    **AT STAMFORD** |
| | : |
| **v.** | : |
| | : |
| **BUCHANAN MARINE, L.P., A. P. FRANZ JR,** | :    **MAY 2, 2005** |
| **TRUSTEE, No. 142 AND NEIL C. OLSON** | : |

## STATEMENT OF AMOUNT AND DEMAND

The Plaintiffs represent that the amount in demand is greater than Fifteen Thousand ($15,000) dollars, exclusive of interest and/or costs.

THE PLAINTIFFS,
MTA METRO-NORTH RAILROAD AND
DEPARTMENT OF TRANSPORTATION OF
THE STATE OF CONNECTICUT

By: _____

Charles A. Deluca, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Juris No. 52525
Phone No. 203-357-9200

I:\Procases\205 193\complaint.wpd

**RYAN, RYAN, JOHNSON & DELUCA,** LLP

J  PAUL JOHNSON
CHARLES  A  DELUCA†
DANIEL  E  RYAN  III*†
MICHAEL  T  RYAN†
KEVIN  M  TEPAS
ROBERT  C E  LANEY
CATHERINE  S  NIETZEL†
BEVERLY  J  HUNT
ROBERT  O  HICKEY
CYNTHIA  A  DiPRETA*
JOSEPH  C  VALDES
JAMES  J  NOONAN*
JOHN  J  PEZZILLO*
ERIC  W F  NIEDERER
R  KELLEY FRANCO*
JEFFREY  N  GAULL
JEFFREY  C  NAGLE*
SUSAN  B  PARZYMIESO*
JAMES  A  MAHAR*
LAUREN  E  ABBATE
MACIEJ  A  PIATKOWSKI
BRIAN  M  CANDELA*
ILYSSA  H  KELSON

ATTORNEYS AT LAW

80 FOURTH STREET
P O  BOX 3057
STAMFORD  CONNECTICUT 06905
TELEPHONE: (203) 357-9200
FAX: (203) 961-9872
E-MAIL: info@rrjd-law.com
INTERNET: http://www.rrjd-law.com

*OF COUNSEL*
DANIEL  E  RYAN, JR
W  PATRICK RYAN*
CHARLES  M  McCAGHEY*

*ALSO ADMITTED IN NEW YORK

†CERTIFIED CIVIL TRIAL
ADVOCATE-NATIONAL
BOARD OF TRIAL ADVOCACY

JAN  2 8 2005

January 20, 2005

Carl R. Ficks, Jr., Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

**Re:**   MTA Metro-North Railroad, et al v. Buchanan Marine

Dear Mr. Ficks:

Please be advised that the repairs to the Norwalk River Railroad Bridge Fender System have been completed.

I am advised that the total amount expended by the State on the repairs is $962,528.03.  I enclose all the invoices for your review and other documents relating to the repairs.  Furthermore, it is my understanding that MTA Metro-North Railroad has additional expenses that it incurred in connection with the project.  We are in the process of collecting that information.

If you wish to discuss an amicable resolution of this matter in an effort to avoid litigation, please contact me.

Very truly yours,

Charles A. Deluca
cdeluca@rrjd-law.com

CAD:tl
1:\Procases\205 193\ficks011205 wpd

## RYAN, RYAN, JOHNSON & DELUCA, LLP

ATTORNEYS AT LAW

80 FOURTH STREET

P O BOX 3057

STAMFORD, CONNECTICUT 06905

TELEPHONE: (203) 357-9200

FAX: (203) 961-9872

E-MAIL: info@rrjd-law.com

INTERNET: http://www.rrjd-law.com

J PAUL JOHNSON
CHARLES A DELUCA†
DANIEL E RYAN III*†
MICHAEL T RYAN†
KEVIN M TEPAS
ROBERT C E LANEY
CATHERINE S NIETZEL†
BEVERLY J HUNT
ROBERT O HICKEY
CYNTHIA A DiPRETA*
JOSEPH C VALDES
JAMES J NOONAN*
JOHN J PEZZILLO*
ERIC W F NIEDERER
R KELLEY FRANCO*
JEFFREY N GAULL
JEFFREY C NAGLE*
SUSAN B PARZYMIESO*
JAMES A MAHAR*
LAUREN E ABBATE
MACIEJ A PIATKOWSKI
BRIAN M CANDELA*
ILYSSA H KELSON

OF COUNSEL
DANIEL E RYAN, JR
W PATRICK RYAN*
CHARLES M McCAGHEY*

ALSO ADMITTED IN NEW YORK

†CERTIFIED CIVIL TRIAL
ADVOCATE NATIONAL
BOARD OF TRIAL ADVOCACY

March 16, 2005

Carl R. Ficks, Jr., Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

RECEIVED MAR 18 2005

Re:    MTA Metro-North Railroad, et al v. Buchanan Marine

Dear Mr. Ficks:

In response to your letter of March 15, 2005, enclosed please find the requested documents concerning Metro-North's losses. As you can see, the total amount due is $82,823.44.

Very truly yours,

Charles A. Deluca
cdeluca@rrjd-law.com

CAD:nt
Enclosures

I:\Procases\205 193\ficks031605 wpd
205 193

FST-CV-05-4005027-S                          :        SUPERIOR COURT

MTA METRO-NORTH RAILROAD, ET AL      :        J.D. OF STAMFORD/NORWALK

VS.                                          :        at STAMFORD

BUCHANAN MARINE, L.P., ET AL          :        JUNE 2, 2005

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:    CHIEF CLERK, SUPERIOR COURT
       JUDICIAL DISTRICT OF STAMFORD/NORWALK AT STAMFORD
       123 HOYT STREET
       STAMFORD, CT 06905

    Notice is hereby given that this case has been removed to the United States

District Court for the District of Connecticut and that you are to proceed no further

therein.

    You will find herewith a copy of the Petition For Removal, which has been filed in

the United States District Court.

                              THE DEFENDANTS
                              BUCHANAN MARINE, L.P.
                              NEIL C. OLSON

                              By _____
                                 Carl R. Ficks, Jr.
                                 HALLORAN & SAGE LLP
                                 Their Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## CERTIFICATION

This is to certify that on this 2nd day of June, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Charles A. Deluca, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905-3057

Carl R. Ficks, Jr.

687920_1 DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

FST-CV-05-4005027-S : SUPERIOR COURT

MTA METRO-NORTH RAILROAD, ET AL : J.D. OF STAMFORD/NORWALK

VS. : at STAMFORD

BUCHANAN MARINE, L.P., ET AL : JUNE 2, 2005

## NOTICE TO PARTY OF REMOVAL

TO:   Charles A. Deluca, Esq.
      Ryan, Ryan, Johnson & Deluca, LLP
      80 Fourth Street
      P.O. Box 3057
      Stamford, CT 06905-3057

Notice is hereby given that this case has been removed to the United States

District Court for the District of Connecticut on this 2nd day of June, 2005.

THE DEFENDANTS
BUCHANAN MARINE, L.P.
NEIL C. OLSON

By _____
   Carl R. Ficks, Jr.
   HALLORAN & SAGE LLP
   Their Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12451 0013
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## CERTIFICATION

This is to certify that on this 2nd day of June, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Charles A. Deluca, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905-3057

_____
Carl R. Ficks, Jr.

687923_1 DOC

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105