# EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MTA METRO-NORTH RAILROAD
AND STATE OF CONNECTICUT

    Plaintiffs,

v.

BUCHANAN MARINE, L.P.,
NEIL C. OLSON

    Defendants.

CIVIL ACTION NO. 3:05 CV 881(PCD)

## AFFIDAVIT OF RICHARD GANS, ESQ. REGARDING THE RIGHTS AND OBLIGATIONS OF PLAINTIFF, MTA METRO-NORTH RAILROAD, PURSUANT TO THE AMENDED AND RESTATED SERVICE AGREEMENT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S, BUCHANAN MARINE L.P., MOTION FOR SUMMARY JUDGMENT

The undersigned, having been duly sworn, hereby deposes and says:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I make this affidavit based on my personal knowledge as to the matters contained herein.

3. My title is Special Counsel for the Legal Department of Metro-North Railroad Company (hereinafter "Metro-North"), located at 347 Madison Avenue, New York, New York. I have been employed by Metro-North for twelve years.

4. I am familiar with the provisions of the June 21, 1985 Amended and Restated Service Agreement ("ARSA") Among the State of Connecticut, By the Connecticut Department of Transportation (hereinafter "CDOT"), Metropolitan Transportation Authority (hereinafter "the MTA") and Metro-North Commuter Railroad Company, and the rights and obligations of all of the above-stated parties pursuant to ARSA.

5. The MTA is a public benefit corporation of the State of New York.

6. For many years, commuter trains have operated on a right of way along railroad tracks extending from New Haven, Connecticut into Grand Central Terminal, New York City, otherwise referred to as "the New Haven Line".

7. The New Haven Line also connects with three branches which service New Canaan, Danbury and Waterbury, Connecticut.

8. The railroad tracks and appurtenances of the New Haven Line include numerous bridge spans, including a swing bridge and bridge structures spanning the Norwalk River in Norwalk, Connecticut, commonly known as the Walk Bridge (hereinafter "Walk Bridge").

9. On April 1, 1976, the Consolidated Rail Corporation ("Conrail") began operation of the New Haven Line commuter service with funding provided by MTA and the State of Connecticut.

10. In 1981, Congress passed the Northeast Rail Services Act ("NRSA").

11. NRSA was enacted for purposes including the transfer of Conrail commuter service responsibilities to one or more entities whose principal purpose was to provide commuter service.

12. NRSA relieved Conrail of any legal obligation to operate commuter service as of January 1, 1983.

13. NRSA placed the responsibility for operating commuter service on a "commuter authority."

14. NRSA defines "commuter authority" as "any State, local or regional authority, corporation, or other entity established for purposes of providing commuter service, and includes the Metropolitan Transportation Authority, the Connecticut Department of Transportation ... any successor agencies and any entity created by one or more such agencies for the purpose of operating, or contracting for the operation of, commuter service."

15. NRSA provides that if a commuter authority decided to operate its own commuter service, it could initiate negotiations with Conrail for the transfer of commuter services operated by Conrail.

16. On September 22, 1982, the MTA created a subsidiary, the Metro-North Commuter Railroad Company ("Metro-North"), which is a wholly-owned public benefit subsidiary corporation of the MTA.

17. Metro-North was the entity chosen by the MTA and CDOT to operate commuter rail service between New York and Connecticut on the New Haven Line. Metro North also operates the Hudson and Harlem railroad lines.

18. MTA, CDOT and Metro-North entered into an Interim Service Agreement dated December 31, 1982 providing for Metro-North's operation of the New Haven Line.

19. Metro North commenced operation of the commuter service on January 1, 1983.

20. Certain financial terms of the Interim Service Agreement were the subject of arbitration and on June 21, 1985, CDOT and MTA/Metro-North signed the Amended and Restated Service Agreement ("ARSA") incorporating the terms of the arbitration award. The ARSA governs Metro-North's operation of the New Haven Line and the sharing of costs of that operation by the parties.

21. In 1985, the State of Connecticut exercised a lease option and acquired title to the portion of the New Haven Line located in Connecticut.

22. The State of Connecticut owns the railroad tracks and appurtenances of the New Haven Line that are located in Connecticut, and MTA owns the railroad tracks and appurtenances of the New Haven Line that are located in New York. See ARSA, Art. Seven, Sec. 7.01.

23. The Walk Bridge and all of its appurtenances, including the fender system are part of the New Haven Line and are owned by the State of Connecticut. See Article Seven, Section 7.01 of ARSA.

24. Article Two of ARSA governs "The Service and Its Operation." See ARSA, at Art. Two. Article Two Section 2.01 defines "the Service" as "all activities and functions including maintenance and operations associated with the trains." See ARSA, at Art. Two, Sec. 2.01 (emphasis added).

25. Article Two, Section 2.02 of ARSA is titled "Operation of the Service" and provides in pertinent part

> "Metro-North shall have responsibility for the day-to-day operation of the Service, as it shall be constituted from time to time pursuant to the terms of this Agreement and shall provide the necessary crews, work force and supervisory personnel, none of whom shall be deemed to be employees of CDOT."

See ARSA at Art. Two, Sec. 2.02 (emphasis added).

26. Metro-North employees have responsibility for the day-to-day operation of the Walk Bridge. See ARSA, Article Two, Section 2.02.

27. Metro-North is responsible for maintenance of the Walk Bridge to ensure its proper operation. See ARSA, at Art. Two, Sec. 2.01 and Sec. 2.02.

28. Metro-North is the primary user of the Walk Bridge.

29. Metro-North forces are responsible for track inspections, electrical inspections, most of the bridge inspections, and perform all functions necessary for the opening and closing of the swing bridge to allow for the passage of marine vessels.

_____
Richard Gans, Esq.
Special Counsel, Metro-North Railroad

Subscribed and sworn to before me this 21st day of July, 2006.

_____
Notary Public

ANA I. VENETSANOS
Notary Public, State of New York
No. 034804466
Qualified in Westchester
Commission Expires June 19, 2010