# EXHIBIT "F"

# LOCAL NOTICE TO MARINERS



U.S. Department of Homeland Security    United States Coast Guard

---

## COASTAL WATERS FROM EASTPORT, MAINE TO SHREWSBURY, NEW JERSEY
# WEEKLY SUPPLEMENT

Weekly supplemental editions contain new information only available following the monthly edition. NOTE: Chart corrections and Light List changes appear only once each. A complete listing of current discrepancies and temporary changes appear in the monthly issue, LNM 40/03. If you have questions about the LNM contact:

**COMMANDER, FIRST COAST GUARD DISTRICT (oan)**
408 Atlantic Avenue, Boston, Massachusetts 02110-3350
Internet Address: HTTP://www.uscg.mil/d1/navinfo.htm
Telephone (Day): 1-800-848-3942 to order LNM: Ext.8351
24 Hour FAX: (617) 223-8073
Coast Guard's Customer Infoline (8:00 a.m. - 4:00 p.m.): 1-800-368-5647
Hearing impaired (TDD) 1-800-689-0816

---

All bearings are in degrees TRUE - All times are in Local Time unless otherwise noted.
NOTE: A vertical line in the RIGHT MARGIN of sections I, V, VI, VII indicates new information.

BNM numbers not found in the Local Notice to Mariners pertain
to Informational Broadcasts and not discrepancies.

The following Broadcast Notice to Mariners (BNM's) have been issued since last week:

### BROADCAST NOTICE TO MARINERS

| | | | |
|---|---|---|---|
| First District | CG1- | 0191 | to | 0200 |
| Group Boston | BOS- | 0102 | to | 0104 |
| Group Long Island Sound | LIS- | 0073 | to | 0079 |
| Group Moriches | MOR- | 0048 | to | 0048 |
| Group New York | NEW- | 0216 | to | 0218 |
| Group Portland | POR- | 0055 | to | 0060 |
| Group Southwest Harbor | SWH- | 0041 | to | 0041 |
| Group Woods Hole | WHO- | 0254 | to | 0254 |

---

Light List Reference: ATLANTIC COAST, VOLUME 1, COMDTPUB P16502.1, 2003 Edition

---

**I SPECIAL NOTICES** This section contains information of Special concern to the Mariner.

---

### HADDOCK LIMITS
The National Marine Fisheries Service announces that the haddock daily and trip landing limits for vessels fishing under a limited access multispecies day at sea permit is suspended from 01 May 2004 through 30 Apr 2005. Therefore, commercial vessels are not subject to maximum possession limit per trip for the remainder of the 2004 fishing year, unless otherwise notified. For further information contact the National Marine Fisheries service at (978) 281-9344.
LNM 19/04 (CGD1)

### REPORT OF CHANNEL CONDITIONS
Controlling depths for the New York and New Jersey area can be found at the following website:
http://www.nan.usace.army.mil/business/buslinks/navinf/index.htm
LNM 11/04 (CGD1)

### NEW YORK STATE CANAL SYSTEM CHANGES
For information and updates to the New York Canal System please call 1-800-4CANAL4 or visit the New York State Canal System web site at
www.canals.state.ny.us.
LNM 43/01 (CGD1)

NOTICE TO ALL PRIVATE BOATS AT SEA

United States laws and regulations require that ALL private boats arriving from a foreign port or place MUST report to the Bureau of Customs and Border Protection IMMEDIATELY upon their arrival into the United States. Every person entering the United States must be seen in person for immigration purposes by a Customs and Border Protection officer, except those participating in the I-68 "Canadian Border Boat Landing Program". However, holders of form I-68 are still required to report their arrival into the United States to the Bureau of Customs and Border Protection. Masters and passengers must provide proof of citizenship or legal immigration status, and be in possession of a valid passport and visa, if required. Citizens of countries that are participants in the Visa Waiver Program are not eligible to seek admission to the United States under that program via private vessel. Once your boat is anchored or tied, you are considered to have entered the United States. No one may leave the vessel until Customs and Border Protection grants permission. The only exception to this requirement is to report arrival. In order to fulfill the requirement to immediately report a private boat arrival, the master of the vessel must contact the nearest Customs and Border Protection Office, or if the arrival occurs after business hours, the nearest 24 hour port of entry. Upon reporting, you may be required to proceed to a staffed port for inspection by Customs and Border Protection. Failure to comply with these requirements could result in serious criminal and civil penalties, including seizure of the boat. International mariners are urged to report any suspicious or illegal activity to the Bureau of Customs and Border Protection at 1-800-BE-ALERT.
LNM 29/03 (CGD1)

II DISCREPANCIES This section lists all discrepancies to Aids to Navigation reported and corrected since the last published list. A discrepancy is a change in the status of an aid to navigation that differs from what is published and/or charted.

DISCREPANCIES (since last week)

| LLNR | Name of Aid | Status | Chart Affected | BNM Ref. | LNM Ref. |
|---|---|---|---|---|---|
| 95 | Wood Island Light | FS INOP | 13287 | POR-0060-04 | 19/04 |
| 175 | York Ledge Lighted Whistle Buoy 24YL | LT EXT | 13283 | POR-0059-04 | 19/04 |
| 1105 | Thornton Point Ledge Daybeacon 4 | DBN IMCH | 13392 | SWH-0041-04 | 19/04 |
| 7890 | Scarborough River Buoy 2SR | OFF STA | 13287 | POR-0058-04 | 19/04 |
| 12260 | Scituate Harbor Channel Buoy 1 | OFF STA | 13269 | BOS-0104-04 | 19/04 |
| 13210 | Wellfleet Harbor Channel Buoy 12 | OFF STA | 13250 | WHO-0254-04 | 19/04 |
| 21290 | Penfield Reef Light | LT EXT | 12369 | LIS-0078-04 | 19/04 |
| 23415 | Patchogue River Channel Buoy 3 | OFF STA | 12374 | LIS-0077-04 | 19/04 |
| 24640 | Bridgeport Harbor Channel LB 19 | OFF STA | 12369 | LIS-0073-04 | 19/04 |
| 25975 ❶ | City Island Lighted Buoy 2 | LT DIM | 12366 | NEW-0216-04 | 19/04 |
| 26135 | Port Jefferson East Breakwater LT | LT EXT | 12362 | LIS-0079-04 | 19/04 |

DISCREPANCIES CORRECTED

| LLNR | Name of Aid | Status | Chart Affected | BNM Ref. | LNM Ref. |
|---|---|---|---|---|---|
| 2000 | Crabtree Ledge Bell Buoy 1 | WATCHING PROPERLY | 13318 | SWH-0035-04 | 17/04 |
| 3320 | The Washers Buoy 2 | WATCHING PROPERLY | 13305 | SWH-0039-04 | 18/04 |
| 4710 | Wheeler Bay Booy 3 | WATCHING PROPERLY | 13305 | SWH-0032-04 | 16/04 |
| 5930 | Sasanoa River Buoy 20 | WATCHING PROPERLY | 13296 | POR-0057-04 | 19/04 |
| 6090 | Kennebec River Buoy 16 | WATCHING PROPERLY | 13295 | POR-0047-04 | 17/04 |
| 6225 | Upper Kennebec River Buoy 13 | WATCHING PROPERLY | 13298 | POR-0050-04 | 18/04 |
| 6275 | Upper Kennebec River Ch Daybeacon 26 | WATCHING PROPERLY | 13298 | POR-0049-04 | 17/04 |
| 8408 | Kittery Flats Turning Basin Buoy C | WATCHING PROPERLY | 13283 | POR-0056-04 | 19/04 |
| 9685 | Annisquam River Channel Buoy 23 | WATCHING PROPERLY | 13281 | BOS-0102-04 | 19/04 |
| 10680 | Boston North Ch Entrance LWB NC | WATCHING PROPERLY | 13270 | BOS-0097-04 | 17/04 |
| 11750 | Weymouth Fore River Channel LB 25 | WATCHING PROPERLY | 13270 | BOS-0101-04 | 18/04 |
| 14710 | Channel Rock Buoy | WATCHING PROPERLY | 13229 | WHO-0250-04 | 13/04 |
| 15655 | Little Harbor Channel Lighted Buoy 2 | WATCHING PROPERLY | 13233 | WHO-0251-04 | 18/04 |
| 16050 | Buzzards Bay Lighted Gong Buoy 8 | WATCHING PROPERLY | 13230 | WHO-0252-04 | 18/04 |
| 16897 | New Bedford West Barrier Light | WATCHING PROPERLY | 13232 | WHO-0253-04 | 18/04 |
| 23435 | Patchogue River Channel Buoy 6 | WATCHING PROPERLY | 12374 | LIS-0075-04 | 19/04 |
| 23470 | Clinton Harbor Channel Buoy 6 | WATCHING PROPERLY | 12374 | LIS-0076-04 | 19/04 |
| 24355 | Housatonic River Entrance Channel LBB 1 | WATCHING PROPERLY | 12369 | LIS-0074-04 | 19/04 |
| 25620 | Mamaroneck Harbor Channel LB 10 | WATCHING PROPERLY | 12367 | NBW-0203-04 | 17/04 |
| 25975 | City Island Lighted Buoy 2 | SEE ABOVE | 12366 | NEW-0214-04 | 18/04 |
| 28510 | Little Peconic Bay Buoy 18 | WATCHING PROPERLY | 12358 | MOR-0036-04 | 13/04 |
| 31550 | East Rockaway Inlet Lighted Buoy 9 | WATCHING PROPERLY | 12352 | MOR-0045-04 | 16/04 |
| 34965 | Gowanus Flats Lighted Bell Buoy 24 | SEE BELOW | 12334 | NBW-0217-04 | 19/04 |
| 37325 | Bergen Point Lighted Buoy 14 | WATCHING PROPERLY | 12333 | NEW-0218-04 | 19/04 |

DISCREPANCIES (PRIVATE AIDS)

| LLNR | Name of Aid | Status | Chart Affected | BNM Ref. | LNM Ref. |
|---|---|---|---|---|---|
| | | NONE THIS WEEK | | | |

DISCREPANCIES (PRIVATE AIDS) CORRECTED

| LLNR | Name of Aid | Status | Chart Affected | BNM Ref. | LNM Ref. |
|---|---|---|---|---|---|
| 23435 | Patchogue River Channel Buoy 6 | WATCHING PROPERLY | 12374 | LIS-0075-04 | 19/04 |

**III TEMPORARY CHANGES – TEMPORARY CHANGES CORRECTED** This section contains temporary changes and corrections to Aids to Navigation for the current week. When aids are temporarily relocated for dredging, a temporary correction shall be listed in Section IV giving the new position.

TEMPORARY CHANGES

| LLNR | Name of Aid | Status | Chart Affected | BNM Ref. | LNM Ref. |
|---|---|---|---|---|---|
| 18480 | Pawtuxet Cove Channel Buoy 4 (SEE SECT IV) | DISCONTINUED | 13224 | CG1-0197-04 | 19/04 |
| 18485 | Pawtuxet Cove Channel Buoy 5 (SEE SECT IV) | DISCONTINUED | 13224 | CG1-0197-04 | 19/04 |
| 18490 | Pawtuxet Cove Channel Lighted Buoy 6 (SEE SECT IV) | DISCONTINUED | 13224 | CG1-0197-04 | 19/04 |
| 34965 | Gowanus Flats Lighted Bell Buoy 24 (SEE SECT IV) | DISCONTINUED | 12334 | CG1-0200-04 | 19/04 |
| 39575 | Ferris Rock Isolated Danger LB DFR | TRLT | 14782 | CG1-0193-04 | 19/04 |
| 38545 | Hudson River Lighted Buoy 128 | TRUB | 12347 | CG1-0195-04 | 19/04 |
| 38455 | Hudson River Lighted Buoy 111 | TRUB | 12347 | CG1-0195-04 | 19/04 |
| 38465 | Hudson River Lighted Buoy 113 | TRUB | 12347 | CG1-0195-04 | 19/04 |

TEMPORARY CHANGES CORRECTED

| LLNR | Name of Aid | Status | Chart Affected | BNM Ref. | LNM Ref. |
|---|---|---|---|---|---|
| 37385 | Newark Bay Channel Lighted Buoy 2 (SEE SECT IV) | WATCHING PROPERLY | 12333 | CG1-0101-04 | 19/04 |

**IV CHART CORRECTIONS**
This section contains corrections to federal and private maintained Aids to Navigation, as well as NOS corrections.

This section contains corrective actions affecting chart(s). Corrections appear numerically by chart number, and pertain to that chart only. The mariner must decide which Chart(s) to correct. The following example explains the individual elements of a typical chart correction.

| Chart Number ↓ | Chart Edition ↓ | Edition Date ↓ | Last Local Notice to Mariners ↓ | Horizontal Datum Reference ↓ | Source of Correction ↓ | Current Local Notice to Mariners ↓ |
|---|---|---|---|---|---|---|
| 12327 | 91ˢᵗ Ed. | 04/19/97 | LAST LNM 26/97 | NAD 83 | (CG1) | 27/97 |

(TEMP) NY-NJ-NEW YORK HARBOR - RARITAN RIVER

| Add ↑ | National Dock Channel Buoy 3, green can | | | | 40°41'09.0"N 074°02'48.1"W ↑ |
|---|---|---|---|---|---|
| Corrective Action ↑ | Object of corrective Action ↑ | | | | Position (Degrees, minutes, seconds and tenths) |

The letter (M) immediately following the chart number indicates that the correction should be applied to the Metric side of the chart only. (Temp) Indicates that the chart correction action is temporary in nature. Courset and bearings are given in degrees clockwise from 000 true. Bearings of light sectors are toward the light from seaward. The nominal range of lights is expressed in nautical miles (NM).

| 12324 | 31st ed, 1/1/2004 | LAST LNM: 17/04 | NAD 83 | | 19/04 |
|---|---|---|---|---|---|
| | NY-NJ-SANDY HOOK TO LITTLE EGG HARBOR | | | CGD01 | |
| CHANGE | Shrewsbury River Channel Daybeacon 42 to Shrewsbury River Channel Buoy 42, Red nun | | | 40-19-31.956N 073-59-50.590W | |

| 12325 | 2nd ed., 4/28/2001 | LAST LNM: 16/04 | NAD 83 | | 19/04 |
|---|---|---|---|---|---|
| | NJ-NAVESINK AND SHREWSBURY RIVERS | | | CGD01 | |
| CHANGE | Shrewsbury River Channel Daybeacon 42 to Shrewsbury River Channel Buoy 42, Red nun | | | 40-19-31.956N 073-59-50.590W | |

| 12327 (TEMP) | 97th ed., 10/1/2003 LAST LNM: 17/04 | NAD 83 | | 19/04 |
|---|---|---|---|---|
| | NY - NJ - NEW YORK HARBOR - RARITAN BAY | | CGD01 | |
| DELETE | Gowanus Flats Lighted Bell Buoy 24 | | 40-38-38.773N 074-03-14.007W | |
| RELOCATE | Newark Bay Channel Lighted Buoy 2 from 40-38-38.710N 074-08-57.680W to | | 40-38-39.400N 074-08-53.900W | |

| 12333 | 33rd ed.,    9/1/2003    LAST LNM: 16/04    NAD 83<br>NY - NJ - KILL VAN KULL AND NORTHERN PART OF ARTHUR KILL | | 19/04 |
| RELOCATE | Newark Bay Channel Lighted Buoy 2 from 40-38-38.710N 074-08-57.680W to | CGD01<br>40-38-39.400N  074-08-53.900W | |
| 12334<br>(TEMP) | 66th ed.,    5/1/2003    LAST LNM: 14/04    NAD 83<br>NY - NJ - NEW YORK HARBOR - UPPER BAY AND NARROWS -<br>ANCHORAGE CHART | | 19/04 |
| DELETE | Gowanus Flats Lighted Bell Buoy 24 | CGD01<br>40-38-38.773N  074-03-14.007W | |
| 12352 | 30th ed.,    9/1/2003    LAST LNM: 18/04    NAD 83<br>SHINNECOCK BAY TO EAST ROCKAWAY INLET | | 19/04 |
| RELOCATE | Moriches Inlet Breakwater Light 2 from 40-45-47.763N 072-45-11.092W to<br>Moriches Inlet Breakwater Light 1 from 40-45-49.600N 072-45-21.400W to | CGD01<br>40-45-47.763N  072-45-11.095W<br>40-45-49.692N  072-45-21.719W | |
| CHANGE | Shinnecock Bay Junction Lighted Buoy SI to Fl G (2 + 1) 6s and relocate from<br>40-50-45.617N 072-29-47.803W to | 40-50-40.767N  072-29-48.336W | |
| 12353 | 18th ed.,    11/1/2003    LAST LNM: 17/04    NAD 83<br>SHINNECOCK LIGHT TO FIRE ISLAND LIGHT | | 19/04 |
| RELOCATE | Moriches Inlet Breakwater Light 1 from 40-45-49.600N 072-45-21.400W to<br>Moriches Inlet Breakwater Light 2 from 40-45-47.763N 072-45-11.092W to | CGD01<br>40-45-49.692N  072-45-21.719W<br>40-45-47.763N  072-45-11.095W | |
| 13221<br>(TEMP) | 54th ed.,    12/1/2003    LAST LNM: 18/04    NAD 83<br>NARRAGANSETT BAY | | 19/04 |
| DELETE | Pawtuxet Cove Channel Buoy 4 | CGD01<br>41-45-36.063N  071-23-02.250W | |
| 13224<br>(TEMP) | 36th ed.,    12/1/2001    LAST LNM: 17/04    NAD 83<br>PROVIDENCE RIVER AND HEAD OF NARRAGANSETT BAY | | 19/04 |
| DELETE | Pawtuxet Cove Channel Buoy 4<br>Pawtuxet Cove Channel Buoy 5<br>Pawtuxet Cove Channel Lighted Buoy 6 | CGD01<br>41-45-36.063N  071-23-02.250W<br>41-45-34.943N  071-23-06.836W<br>41-45-34.303N  071-23-10.072W | |
| 14782 | 24th ed.,    9/16/2000    LAST LNM: 17/04    NAD 83<br>CUMBERLAND HEAD TO FOUR BROTHERS ISLANDS | | 19/04 |
| CHANGE | Appletree Shoal Buoy AS to Appletree Shoal Lighted Buoy AS, Fl G (2 + 1) 6s, Green | CGD01<br>44-29-23.175N  073-15-59.963W | |

V ADVANCE NOTICES This section contains advance notice of approved projects or upcoming temporary changes such as dredging, etc. Mariners are advised to use caution while transiting these areas.

| SUMMARY OF ADVANCED APPROVED PROJECTS | | | |
|---|---|---|---|
| WATERWAY | Project Date | Docket No. | Ref. LNM |
| NY/MORICHES INLET | 15 May 2004 | | 16/04 |
| RI/NARRAGANSETT BAY | 15 May 2004 | | 15/04 |
| MA/BOSTON HARBOR | 17 May 2004 | | 10/04 |
| MA/BUZZARDS BAY | 31 May 2004 | | 03/04 |
| MA/BUZZARDS BAY | 31 May 2004 | | 03/04 |
| CT/MILFORD HARBOR | 1 June 2004 | | 16/04 |
| CT/CONNECTICUT RIVER | 1 June 2004 | | 15/04 |
| NY/NJ/PORT OF NY/NJ | 2 June 2004 | | 16/04 |

RI-NARRAGANSETT BAY-The Naval Undersea Warfare Center will be conducting exercises involving high-speed vessels (M/V MILLENNIUM) on the torpedo test range as marked on NOAA chart 13223 during the period of 17-23 May 2004. These exercises will be conducted primarily in the area north of Conanicut Island, just east of Hope Island, and west of the southern end of Prudence Island. It is requested all vessels remain clear of this area during test periods. Naval vessels TWR-841 and WB-832 will be on-station to act as range safety and will be monitoring VHF-FM channels 13 and 16. Chart(s) 13221 LNM 19/04 (CGD1)

## VI PROPOSED CHANGES

This section contains notice of non approved, proposed projects open for comment. SPECIAL NOTE: Mariners are requested to respond in writing to: Commander, First Coast Guard District (oan), 408 Atlantic Avenue, Boston, MA 02110-3350, unless otherwise noted.

**PROPOSED WATERWAY PROJECTS OPEN FOR PUBLIC COMMENT**

| WATERWAY | Closing | Docket No. | Ref. LNM |
|---|---|---|---|
| ME/PENOBSCOT BAY | 15 June 2004 | 01-04-08 | 17/04 |
| ME/NARRAGUAGUS BAY | 15 June 2004 | 01-04-07 | 17/04 |
| NY/CONEY ISLAND | 15 June 2004 | 01-04-06 | 17/04 |
| MA/MARTHAS VINEYARD AND NANTUCKET HARBOR | 31 July 2004 | N/A | 09/04 |
| MA/BUZZARDS BAY | 31 July 2004 | N/A | 09/04 |
| MA/BUZZARDS BAY | 31 July 2004 | N/A | 09/04 |
| MA/HYANNIS TO NAUSET | 31 July 2004 | N/A | 09/04 |
| RI/PROVIDENCE RIV & VICINITY | 15 August 2004 | N/A | 16/04 |
| MA/NEW BEDFORD HARBOR & APPROACHES | 30 August 2004 | N/A | 14/04 |
| MA/MARTHA'S VINEYARD | 30 August 2004 | N/A | 14/04 |
| NY/NJ/NEW YORK HBR, RARITAN BAY & GREAT KILLS HARBOR | 30 August 2004 | N/A | 15/04 |
| NY/CT/LONG ISLAND SOUND & EAST RIVER | 30 August 2004 | N/A | 15/04 |
| ME/MOOSABE REACH | 30 August 2004 | N/A | 16/04 |
| ME/FRENCHMAN BAY & APPROACHES | 30 August 2004 | N/A | 16/04 |

NY–TERMINAL CHANNEL- The Coast Guard is conducting a Waterway Analysis Review of Terminal Channel to include Leonardo security zone and Barge pier channel. Mariners and other concerned parties are invited to comment on the aids to navigation in this waterway. Any comments or recommended changes to aids to navigation in this waterway should be received no later than 30 August 2004 to be considered. Send comments to; Commanding Officer USCGC JUNIPER (WLB-201) Navsta pier 2 Newport, RI 02841, ATTN: LTJG Jeff Ferlauto (401) 841-6953, E-MAIL: jferlauto@cgcjuniper.uscg.com
Chart(s) 12327 LNM 19/04 (CGD1)

MA – CAPE ANN – SANDY BAY/PIGEON COVE - The Coast Guard is conducting a Waterway Analysis Review of Cape Ann to include aids from Salt Island Ledge to Halibut Pt. Mariners and other concerned parties are invited to comment on the aids to navigation in this waterway. Any comments or recommended changes to aids to navigation in this waterway should be received no later than 30 August 2004 to be considered. Send comments to; Commander U.S. Coast Guard Cutter Marcus Hanna, 259 High Street, South Portland, ME 04106, ATTN: BM1 Krotz (207) 767-0380, E-MAIL: tkrotz@cgcmarcshnna.uscg.mil
Chart(s) 13274, 13278, 13279 LNM 19/04 (CGD1)

ME– GULF OF MAINE TO SEGUIN PASSAGE – GULF OF MAINE - The Coast Guard is conducting a Waterway Analysis Review of Gulf of Maine to Seguin Passage, to include West Quoddy to Little River, Machias Bay, Englishman Bay, Chandler Bay, and Seguin Passage. Mariners and other concerned parties are invited to comment on the aids to navigation in this waterway. Any comments or recommended changes to aids to navigation in this waterway should be received no later than 30 August 2004 to be considered. Send comments to: USCGC ABBIE BURGESS, 54 Tillson Ave., Rockland, ME 04841, ATTN: BM1 Redwood (207) 594-7663, E-MAIL: mredwood@cgcabbieburgess.uscg.mil
Chart(s) 13326 & 13325 LNM 19/04 (CGD1)

## VII GENERAL

This section contains information of general concern to the mariner. Mariners are advised to use caution while transiting these areas.

**SUMMARY OF EFFECTIVE DREDGING/CONSTRUCTION OPERATIONS**

The following is a listing of marine construction and dredging projects still in effect in the First District. All mariners are advised to use caution in these areas. The LNM REF column refers to the LNM in which the article first appears and where detailed information may be obtained. The dates listed for completion are tentative. An asterisk in the left margin marks new information.

| LOCATION | SUBJECT | COMPLETION DATE | LNM REP |
|---|---|---|---|
| CT/LONG ISLAND SOUND/THAMES RIVER | Dive operations | 30 May 2004 | 16/04 |
| NY/ARTHUR KILL CHANNEL | Dredging | 1 June 2004 | 27/03 |
| NY/ROCKAWAY INLET | Dock work | 15 June 2004 | 18/04 |
| NY/EAST RIVER | Constr of a temp FDR Dr. and repairs to existing one | June 2004 | 34/02 |
| MA/BOSTON HARBOR | Dredging | 27 June 2004 | 46/03 |
| NY/HUDSON RIVER | Dredging | 30 June 2004 | 46/03 |
| NY/NJ/ARTHUR KILL | Pier rehabilitation | 30 June 2004 | 06/04 |
| NJ/PORT ELIZABETH | Dive operations | 1 July 2004 | 18/04 |

| | | | |
|---|---|---|---|
| NY/STATEN ISLAND | Pier repairs | 21 July 2004 | 14/04 |
| CT/STONINGTON | Boat launch reconstruction | 23 July 2004 | 14/04 |
| NY/ENGLISH KILLS | Constr. Union Beer Distrib. | August 2004 | 16/04 |
| NY/HUDSON RIVER/STONY POINT | Fish protect barrier deployment | October 2004 | 14/04 |
| RI/PROVIDENCE RIVER AND HARBOR | Dredging | 15 October 2004 | 28/03 |
| RI/PROVIDENCE RIVER | Dredging | 15 October 2004 | 11/04 |
| NY/EAST RIVER/LONG ISLAND CITY | Reconstruction of bulkheads, relieving platforms & piers | 15 November 2004 | 15/04 |
| NY/EAST RIVER | Brooklyn Tunnel Maintenance | 30 November 2004 | 35/03 |
| NY/EAST BAY | Channel closure | Until further notice | 17/03 |
| US/SEACOAST | Cable laying | Until further notice | 23/00 |
| US/SEACOAST | Cable laying | Until further notice | 46/00 |
| MA/SALEM -MARBLEHEAD AND BEVERLY HBRS | Pipeline installation | Until further notice | 43/02 |
| RI/PROVIDENCE RIVER | Dredging | Until further notice | 51/03 |

NY - JAMAICA BAY AND ROCKAWAY INLET – Diving operations are being conducted by the piers of the Cross Bay Bridge across Jamaica Bay through 31 July, between 7 am and 4 pm. Mariners are advised to transit the area with caution and proceed at a no wake speed. Chart(s) 12350 LNM 19/04 (CGD1)

NY – HUDSON RIVER – Until further notice the following aids will not be replaced/reestablished with their respective lighted hulls: Hudson River Lighted Buoy 111 (LLNR 38455), Hudson River Lighted Buoy 113 (LLNR 38465), Hudson River Lighted Buoy 128 (LLNR 38545) Chart(s) 12347 LNM 19/04 (CGD1)

## BRIDGE SECTION

| BRIDGE | TYPE | WATERWAY | NM | SUBJECT | REF/LNM |
|---|---|---|---|---|---|
| Route 195 | F | Providence River | 2.5 | Bridge Construction | 07-04 |
| Mount Hope Bay | F | Narragansett River | 4.0 | Bridge Maintenance | 19-04 |
| Route 6 (Brightman St.) | B | Taunton River | 1.8 | New Bridge Construction | 10-04 |
| Route 6 (Brightman St.) | B | Taunton River | 1.8 | Bridge Repairs/Channel Rest. | 17-04 |
| Congress Street | B | Fort Point Channel | 0.3 | Bridge Rehabilitation | 19-04 |
| Route 88 Bridge | B | Westport River | 1.2 | Bridge Construction | 12-04 |
| Route 113 Bridge | F | Merrimack River | 47.4 | Bridge Construction | 12-04 |
| I-95 | F | Pequonock River | 0.0 | Bridge Replacement | 09-04 |
| Sikorsky (Route 15) | F | Housatonic River | 7.0 | Bridge Rehabilitation | 17-04 |
| Gold Star Memorial | F | Thames River | 3.1 | Diving Operations | 15-04 |
| Metro-North RR | SW | Norwalk River | 0.1 | Emergency Fender Repairs | 19-04 |
| Manhattan Bridge | F | East River | 1.1 | Rehabilitation/Vert. Clear. Red | 18-04 |
| Williamsburg Bridge | F | East River | 2.3 | Bridge Rehabilitation | 07-04 |
| Triborough Bridge | F | East River | 7.8 | Deck Repl./Vertical Clear. Red. | 09-04 |
| Throgs Neck Bridge | F | East River | 15.8 | Bridge Structural Repair | 18-04 |
| Bronx-Whitestone | F | East River | 13.8 | Bridge Rehabilitation | 09-04 |
| Bronx-Whitestone | F | East River | 13.8 | Scaffolding/Vert. Clearance Red. | 15-04 |
| Metropolitan Avenue | B | English Kills | 3.4 | Rehabilitation/Vert. Clear. Red. | 10-04 |
| Macombs Dam | SW | Harlem River | 3.2 | Bridge Rehabilitation | 15-04 |
| Third Avenue | SW | Harlem River | 1.9 | Bridge Replac./Channel Rest. | 08-04 |
| Willis Avenue | SW | Harlem River | 1.5 | Channel Closure | 15-04 |
| 125ᵗʰ Street | VL | Harlem River | 1.3 | Bridge Deck Repl./Fender Repair | 16-04 |
| Madison Avenue | SW | Harlem River | 2.3 | Bridge Painting/Channel Rest. | 18-04 |
| Bear Mountain | F | Hudson River | 46.7 | Bridge Painting/Vert. Clear. Red | 12-04 |
| Bear Mountain | F | Hudson River | 46.7 | Bridge Rehabilitation/Inspect. | 13-04 |
| Mid-Hudson | F | Hudson River | 75.6 | Bridge Rehabilitation/Inspection | 13-04 |
| Kingston-Rhinecliff | F | Hudson River | 94.3 | Bridge Painting | 13-04 |
| Pelham Pkwy (Shore Road) | B | Hutchinson River | 0.4 | Bridge Painting/Channel Rest. | 19-04 |
| Dutch Kills RR (DB) | SW | Dutch Kills | 1.1 | Bridge Closure | 15-04 |
| Whitestone Expressway | F | Flushing River | 0.2 | Bridge Rehabilitation | 10-04 |
| Marine Parkway | VL | Jamaica Bay | 3.0 | Horizontal Clear. Red. | 07-04 |
| Greenpoint Avenue | B | Newtown Creek | 1.3 | Bridge Painting | 15-04 |
| Wantagh State Parkway | B | Sloop Channel | 15.4 | Bridge Replacement | 09-04 |
| Meadowbrook Parkway | B | Sloop Channel | 12.8 | Bridge Construction | 12-04 |
| Long Beach | B | Reynolds Channel | 4.7 | Bridge Rehabilitation | 17-04 |
| Goethals | F | Arthur Kill | 11.5 | Sidewalk Repairs | 15-04 |
| Bayonne | F | Kill Van Kull | 1.5 | Bridge Rehabilitation | 18-04 |
| Route 7 | B | Passaic River | 8.9 | Bridge Replacement | 09-04 |
| Victory (Route 35) | SW | Raritan River | 1.6 | New Bridge Construction | 07-04 |
| Route 9 | F | Raritan River | 2.1 | Bridge Replacement | 18-04 |
| Driscoll (Garden State Pkwy) | F | Raritan River | 2.2 | Bridge Widening | 07-04 |

\KEY: F-Fixed SW-Swing R-River C-Canal CK-Creek B-Bascule VL-Vertical Lift Ch-Channel Hbr-Harbor Th-Thoroughfare NM-Nautical mile.

APPLICATION HAS BEEN RECEIVED FOR COAST GUARD APPROVAL OF THE FOLLOWING BRIDGE DEVIATION AND REGULATION CHANGES:

| BRIDGE/WATERWAY | MILE | 33CFR Sect. | DEVIATION/RULE | EFF. DATE | REF/LNM |
|---|---|---|---|---|---|
| Long Beach/Reynolds Channel | 4.7 | 117.799 | Advance Notice/single leaf | 7/1/03-12/1/04 | 28-03 |
| Portal Bridge/Hackensack River | 5.0 | 117.723 | Test/Advance Notice | 3/1/04-5/29/04 | 07-04 |
| Memorial US1/Piscataqua River | 3.5 | 117.531 | Temporary schedule | 4/5/04-5/21/04 | 12-04 |
| Conrail RR/Rahway River | 2.0 | 117.743 | Open Position | NFRM | 15-04 |
| Loop Parkway/Long Creek | 0.7 | 117.799 | Advance Notice | 7/3/04 | 15-04 |
| Route 156/Niantic River | 0.1 | 117.215 | Advance Notice | NFRM | 19-04 |

RI – NARRANGANSETT BAY –EAST PASSAGE – Bridge Maintenance – Bridge maintenance operations at the Mount Hope Bridge, mile 4.0, across Narragansett Bay East Passage will commence on June 1, 2004 and continue through June 7, 2004. Working hours will be 7 a.m. to 3:30 p.m. Monday through Friday. Work floats and barges will be at various locations under the bridge but not in main channel, throughout this project. Mariners should exercise caution and minimize any wake while transiting the area.
Chart 13221 LNM 19/04 (CGD1)

ME – PORTSMOUTH TO DOVER AND EXETER – PISCATAQUA RIVER – Bridge deviation from regulations & vertical clearance reduction – The Commander, First Coast Guard District has issued a temporary deviation from the existing drawbridge regulations for the Memorial (US1) Bridge, mile 3.5, across the Piscataqua River between Portsmouth, New Hampshire and Kittery, Maine. Under this temporary deviation the Memorial (US1) Bridge shall open on signal; except that from April 5, 2004 through May 21, 2004, Monday through Friday, the draw shall open for recreational vessels and commercial vessels less than 100 gross tons at 6 a.m., 12 p.m., 3 p.m., and 5 p.m. Commercial vessels greater than 100 gross tons, inbound fishing vessels, and inbound ferry service vessels shall be passed as soon as possible at all times. In addition, a scaffold will be located under the bridge across half of the navigable channel reducing the vertical clearance by 5 feet.
Chart 13285 LNM 19/04 (CGD1)

MA – BOSTON HARBOR– FORT POINT CHANNEL – Bridge Rehabilitation –Work is underway at the Congress Street Bridge, mile 0.3, across Fort Point Channel in Boston, Massachusetts to rehabilitate the bridge including modification of the existing fender. Barges will be located at various locations. A sedimentation barrier will be located across the waterway at the bridge. Vessels may arrange to transit through the work area by calling (781) 599-3366.
Chart 13272 LNM 19/04 (CGD1)

CT –LONG ISLAND SOUND – NORWALK RIVER – Emergency Fender Repairs – Work barges are operating in the west channel of the Metro-North Walk RR Bridge across Norwalk River at mile 0.1 conducting emergency fender repairs on a 24/7 basis. Presently, the Captain of the Port has established a 100-yard temporary safety zone around the railroad bridge through June 15, 2004. Fender repairs are to be completed by July 31, 2004. Mariners are advised to use the east channel when transiting the area.
Chart 12368 LNM 19/04 (CGD1)

CT – LONG ISLAND SOUND – NIANTIC BAY AND VICINITY – NIANTIC RIVER – Notice of Final Rulemaking – The Coast Guard has changed the drawbridge operating regulations governing the operation of CONNDOT'S Route 156 Bridge at mile 0.1 across the Niantic River at Niantic, Connecticut. This final rule allows the bridge to open on signal from December 1 through March 31 between the hours of 8 p.m. to 4 a.m. if at least six -hour advance notice is given.
Chart 13211 LNM 19/04 (CGD1)

NY – LONG ISLAND SOUND – HEMPSTEAD HARBOR TO TALLMAN ISLAND - HUTCHINSON RIVER - Bridge Painting/Channel Restriction – Painting of the Pelham Parkway (Shore Road) Bridge at mile 0.4 across Hutchinson River is in progress. Contractor has installed sections of the scaffolding under the bascule span reducing the vertical clearance by approximately 2 ft. The normal operation of the bridge will not be affected by the scaffolding. Painting project is to be completed by May 1, 2005. Mariners are advised to exercise caution when transiting the area.
Chart 12366 LNM 19/04 (CGD1)

NEW YORK AND NEW JERSEY –NEW YORK HARBOR– NEWARK BAY– HACKENSACK RIVER – Notice of Temporary Deviation – The Commander, First Coast Guard District, has issued a temporary deviation from the drawbridge operation regulations to test an alternate drawbridge operation regulation for the AMTRAK Portal Bridge, mile 5.0, across the Hackensack River at Little Snake Hill, New Jersey. Under this temporary 90-day deviation the bridge closure periods during weekday commuter hours will be modified to require a one hour advance notice for commercial vessels between the hours of 6 and 7:20 a.m.; 9:20 and 10 a.m.; 4 and 4:30 p.m.; 6:50 and 8 p.m. The bridge will continue to remain closed to navigation during the weekday commuter hours of 7:20 to 9:20 a.m. and 4:30 to 6:50 p.m. This deviation is effective from March 1, 2004 through May 29, 2004. Comments should be forwarded to: Commander (obr), First Coast Guard District, One South Street, NY, NY 10004 and must be received on or before 30 June 2004.
Chart 12337 LNM 19/04 (CGD1)

NEW YORK AND NEW JERSEY- NEW YORK HARBOR –ARTHUR KILL _ RAHWAY RIVER – Notice of Final Rulemaking –The Coast Guard has changed the drawbridge operating regulations governing the operation of the Conrail RR Bridge, mile 2.0, across the Rahway River at Linden, New Jersey. This final rule allows the bridge to be operated from a remote location while still providing for the reasonable needs for navigation. The bridge will remain in the open position at all times except for the passage of rail traffic.
Chart 12332 LNM 19/04 (CGD1)

NY -SHINNECOCK BAY TO EAST ROCKAWAY INLET - SOUTH COAST OF LONG ISLAND - LONG CREEK - Marine Information -
Heavy vehicular traffic is anticipated on the Loop Parkway Bridge across Long Creek at mile 0.7 on July 3 between 9:30 p.m. and 12 midnight due to
fireworks celebration. Mariners are reminded that existing drawbridge operating regulations require that the bridge need only open on a three-hour schedule
(9 p.m. and 12 midnight). Mariners are advised to plan accordingly.
Chart 12352 LNM 19/04 (OGD1)

## VIII LIGHT LIST CORRECTIONS

An asterisk *, indicates the column in which a correction has been made or new information added.

| (1) | (2) | (3) | (4) | (5) | | (6) | (7) | (8) |
|-----|-----|-----|-----|-----|---|-----|-----|-----|
| No. | Name and location | Position | Characteristic | Ht | | Rng | Structure | Remarks |
| | Shinnecock Bay | | | | | | | |
| 30820 | - Junction Lighted Buoy SI | 40-50-41N 72-29-48W | Fl G (2 + 1) 6s | | 2 | Green and red bands. | | Replaced by can from Nov. 1 to Apr. 15. |
| | | * | * | | | | | 19/04 |
| 35940 | - Channel Buoy 42 | 40-19-32N 73-59-51W | | | | Red nun. | | Maintained from Apr. 15 to Dec. 15. |
| | | | | | | | | * 19/04 |
| 39610 | Appletree Shoal Lighted Buoy AS At south side of shoal. | 44-29-23N 73-16-00W | Fl G (2 + 1) 6s | | 3 | Green. | | |
| | * | * | * | | * | | * | 19/04 |

## Marine Events

| LOCATION | DATE/S | TIME | EVENT/SPONSOR | CHART |
|----------|--------|------|---------------|-------|
| MA - Salem Harbor Sailboat Races | 4/17-11/9/04 | Various | Marblehead Racing Assoc. 13275 Maura Powers 781-639-2052 | |
| NY/NJ, Upper NY Bay, The Battery, Bay Ridge & Jersey Flats | 5/25-26 | 1800-2100 | Sailing Regatta / Manhattan Sailing Club | 12334 |
| NY/NJ, Upper NY Bay, 360yd radius safety Zone around 40-41-16.5N 074-02-23W | 5/30 | 2100-2230 | Liberty Island Fireworks Display / Briggs Red Carpet Associates | 12335 |
| NY, Hudson River, between Newburgh and Wappinger Creek | 5/29-31 | 1200-1800 | Chelsea YC Racing Series Chelsea Yacht Club | 12343 |
| MA - Sandy Bay Sailboat Races | 5/29-9/12/04 | Various | Sandy Bay Yacht Club Andrew Greely 978-546-9433 | 13279 |
| MA - Nantucket Sound | 5/29-31/04 | 0900-1700 | Figawi race weekend | 13237 |